UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.R. and A.G., individually and on behalf of E.R., a minor,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26-CV-6861 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's August 13, 2026 Order, the parties were required to file a joint letter, the contents of which are described in the order, by August 27, 2026. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by Friday, September 4.

SO ORDERED.

Dated: August 31, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge