UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.R. and A.G., individually and on behalf of E.R., a minor,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26-CV-6861 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The parties were required to file a joint letter, the contents of which are described in the Court's August 13, 2026 Order, by September 4, 2026. However, defendant was only served on September 4, 2026, so only plaintiffs filed a letter. The parties are ORDERED to file the joint letter and accompanying contents by Friday, September 18.

SO ORDERED.

Dated: September 8, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge